No. 73–203. EISEN *v.* CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 908.] Motions of New York State Trial Lawyers Assn., NAACP Legal Defense & Educational Fund, Inc., California Trial Lawyers Assn., and Public Citizen & Consumers Union of United States, Inc., for leave to file briefs as *amici curiae* granted.

No. 73–406. BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. *v.* DOE ET AL.; and

No. 73–5650. DOE ET AL. *v.* BURNS, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF IOWA, ET AL. C. A. 8th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 73–615. PRUDHOMME *v.* AL JOHNSON CONSTRUCTION Co.-MASSMAN CONSTRUCTION Co. ET AL. C. A. 5th Cir. Motion to dispense with printing petition denied with leave to file printed petition in conformity with Rule 39 of the Rules of this Court on or before December 27, 1973. MR. JUSTICE DOUGLAS would grant the motion.

No. 73–5747. TURNER *v.* BLACK, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–557. JENKINS *v.* GEORGIA. Appeal from Sup. Ct. Ga. Motions of Authors League of America, Inc., National Association of Theatre Owners, and Association of American Publishers, Inc., et al. for leave to file briefs as *amici curiae* granted. Probable jurisdiction noted.